**DISMISS and Opinion Filed October 19, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-21-00800-CV**
_____

**ANGEL MARIA JUAREZ, Appellant**
**V.**
**CHRISTIAN CONSULTANTS OF TEXAS, LLC, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-06562**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Appellant appeals from the trial court's August 6, 2021 default judgment. Because appellant did not file a post-judgment motion extending the appellate deadline, the notice of appeal was due on September 7, 2021. *See* TEX. R. APP. P. 26.1; 4.1(a). Appellant filed the notice of appeal on September 14, 2021, seven days past the due date but within the fifteen-day grace period. *See id*. 26.3. Without a timely notice of appeal, this Court lacks jurisdiction. *See id.* 25.1(b).

By letter dated September 17, 2021, the Court informed appellant that she could remedy the timeliness problem by filing, by September 27, 2021, a motion for extension of time to file the notice of appeal. *See id.* 26.3. We cautioned

appellant that failure to file an extension motion by the specified date may result in dismissal of the appeal for want of jurisdiction without further notice. As of today's date, appellant has not filed an extension motion. Because appellant's notice of appeal is untimely, we dismiss this appeal for want of jurisdiction. *See id.* 42.3(a).

/Robert D. Burns, III/

ROBERT D. BURNS, III
CHIEF JUSTICE

210800F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ANGEL MARIA JUAREZ,
Appellant

No. 05-21-00800-CV      V.

CHRISTIAN CONSULTANTS OF
TEXAS, LLC, Appellee

On Appeal from the 162nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-06562.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered October 19, 2021.